UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Sydney WYLIE,
    Plaintiff

vs.                                            Civil No. 3:02cv313 (PCD)

CITY OF NEW HAVEN, et al.,
    Defendant

### ORDER

Plaintiff moves for Waiver of Fees for Service of Amended Complaint [Doc. No. 62]. Plaintiff's Motion is **denied** as unnecessary. There should be no fees incurred by Plaintiff as, pursuant to the Federal Rules of Civil Procedure, all Plaintiff need do is mail a copy of the Amended Complaint to Defendants' appearing attorneys. However, in light of several pending Motions to Dismiss, should Plaintiff be intending to further amend his Complaint in order to cure any defects in said Complaint, he must file it with the Court on or before November 25, 2003.

SO ORDERED.

Dated at New Haven, Connecticut, November __, 2003.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court