UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
NOV 21 2 29 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| SIDNEY WYLIE, PLAINTIFF | CIVIL NO. 3:02 CV 313 (PCD) |
| V. | |
| CITY OF NEW HAVEN | |
| MAYOR JOHN DESTEFANO JR. | |
| CHIEF MELVIN WEARING | |
| OFFICER JOHN LALLI | |
| OFFICER JODI NOVELLA | |
| OFFICER J. PALMER | |
| OFFICER STEVE MONWORE | |
| OFFICER D.W. COPPOLA | |
| OFFICER DAVE FALCIGNO | |
| HAMDEN TOWN HALL | |
| CHIEF ROBERT NOLAN | |
| MAYOR CARL AMENTO | |
| SHEPARD SHERWOOD | |
| SERGEANT CASANOVA | |
| ET AL.  DEFENDANTS | NOVEMBER 19, 2003 |

## CERTIFICATION OF MOVING PAPERS

Pursuant to the court's supplemental order, the plaintiff, SIDNEY WYLIE, hereby certify that on this

11-19-2003
DATED

Sidney Wylie
SIDNEY WYLIE
NORTHERN CORRECTION INST.
P.O. BOX 665
SOMERS, CONN. 06071

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel on records on this day of