FILED

2003 DEC 18  P 4: 49

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SIDNEY WYLIE
    Plaintiff

V.

CIV. NO. 3:02CV313 (PCD)(   )

CITY OF NEW HAVEN, MAYOR JOHN
DESTEFANO, CHIEF MELVIN WEARING,
SERGEANT CASANOVA, OFFICER LALLI,
OFFICER JODI NOVELLA, OFFICER J.
PALMER, OFFICER STEVE MON WORE
OFFICER D.W. COPPOLA, OFFICER DAVE
FALCIGNO, HAMDEN TOWN HALL, CHIEF
ROBERT NOLAN, SHEPARD SHERWOOD
AND MAYOR CARL AMENTO
    Defendants

DECEMBER 18, 2003

## CERTIFICATION OF MOVING PAPERS

Pursuant to the Court's Supplemental Order, the Defendants City of New Haven, Mayor John DeStefano, Chief Melvin Wearing, Sergeant Casanova and New Haven Police Officers Lalli, Jodi Novella, J. Palmer, Steve Monwore, and D.W. Coppola hereby certify that on this date, they are filing their motion to dismiss and memorandum of law in support.

THE DEFENDANTS
CITY OF NEW HAVEN, MAYOR JOHN DESTEFANO, CHIEF MELVIN WEARING,
SERGEANT CASANOVA AND NEW HAVEN POLICE OFFICERS LALLI, JODI NOVELLA, J. PALMER, STEVE MONWORE, AND D.W. COPPOLA

BY: _____
Jonathan H. Beamon
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
(203) 946-7958
Federal Bar No. ct22937

## CERTIFICATION

I hereby certify that on a copy of the foregoing certification of moving papers has been mailed, postage prepaid, on December 18, 2003 to the following:

Sidney Wylie, #70606, pro se
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Brian P. Leaming, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Robert B. Fiske, III, Esq.
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06106

_____
Jonathan H. Beamon