FILED

Dec 23  12 53 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIDNEY WYLIE<br>　　　　Plaintiff<br><br>VS.<br><br>CITY OF NEW HAVEN,<br>MAYOR JOHN DESTEFANO,<br>CHIEF MELVIN WEARING,<br>OFFICER LALLI, OFFICER<br>JODI NOVELLA, OFFICER<br>J. PALMER, OFFICER<br>STEVE MONWORE, OFFICER<br>D.W. COPOLLA, OFFICER<br>DAVE FALCIGNO,<br>HAMDEN TOWN HALL,<br>CHIEF ROBERT NOLAN,<br>SHEPARD SHERWOOD,<br>AND MAYOR CARL AMENTO,<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:02CV313 (PCD)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 22, 2003 |

## DEFENDANTS' CERTIFICATION OF SERVICE
## OF MOVING PAPERS

Pursuant to paragraph 3 of this Court's Supplemental Order, the undersigned defendants, Hamden Town Hall, Dave Falcigno, Robert Nolan and Carl Amento, hereby certify that on December 22, 2003, they are filing with the plaintiff an original and one copy of the Motion to Dismiss and Supporting of Memorandum of Law, dated December 22, 2003.

12469.0019

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
HAMDEN TOWN HALL,
DAVE FALCIGNO,
ROBERT NOLAN, AND
CARL AMENTO

BY: _____
Brian P. Leaming
Fed. Bar No. ct16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 22nd day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Sidney Wylie
Inmate #70606
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Jonathan Beamon, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

- 2 -

Robert Fiske, III, Esq.
Attorney General Public Safety
110 Sherman Street
Hartford, CT 06106

_____
Brian P. Leaming

497289.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105