UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIDNEY WYLIE<br>　　　　Plaintiff<br><br>VS.<br><br>CITY OF NEW HAVEN,<br>MAYOR JOHN DESTEFANO,<br>CHIEF MELVIN WEARING,<br>OFFICER LALLI, OFFICER<br>JODI NOVELLA, OFFICER<br>J. PALMER, OFFICER<br>STEVE MONWORE, OFFICER<br>D.W. COPOLLA, OFFICER<br>DAVE FALCIGNO,<br>HAMDEN TOWN HALL,<br>CHIEF ROBERT NOLAN,<br>SHEPARD SHERWOOD,<br>AND MAYOR CARL AMENTO,<br>　　　　Defendants | CIVIL ACTION NO.<br>3:02CV313 (PCD)<br><br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 7, 2004 |

**APPEARANCE**

Enter my appearance as Attorney for the defendants, Hamden Town Hall, Dave Falcigno, Robert Nolan, and Carl Amento, in the above-entitled.

12469.0019

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
HAMDEN TOWN HALL,
DAVE FALCIGNO,
ROBERT NOLAN, AND
CARL AMENTO

BY: _____
James J. Szerejko
Fed. Bar No. ct 04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Sidney Wylie
Inmate #70606
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Robert Fiske, III, Esq.
Attorney General Public Safety
110 Sherman Street
Hartford, CT 06106

Jonathan Beamon, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

_____
James J. Szerejko

500869.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105