UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIDNEY WYLIE | : |
|     Plaintiff | :   CIVIL ACTION NO. |
| | :   3:02CV313 (PCD) |
| VS. | : |
| | : |
| CITY OF NEW HAVEN, | : |
| MAYOR JOHN DESTEFANO, | : |
| CHIEF MELVIN WEARING, | : |
| OFFICER LALLI, OFFICER | : |
| JODI NOVELLA, OFFICER | : |
| J. PALMER, OFFICER | : |
| STEVE MONWORE, OFFICER | : |
| D.W. COPOLLA, OFFICER | : |
| DAVE FALCIGNO, | : |
| HAMDEN TOWN HALL, | : |
| CHIEF ROBERT NOLAN, | : |
| SHEPARD SHERWOOD, | : |
| AND MAYOR CARL AMENTO, | : |
|     Defendants | :   JANUARY 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Hamden Town Hall, Dave Falcigno, Robert Nolan, and Carl Amento, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

12469.0019

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

DEFENDANTS:
HAMDEN TOWN HALL,
DAVE FALCIGNO,
ROBERT NOLAN, AND
CARL AMENTO

BY: _____
Brian P. Leaming
Fed. Bar No. ct16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Sidney Wylie
Inmate #70606
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Jonathan Beamon, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Robert Fiske, III, Esq.
Attorney General Public Safety
110 Sherman Street
Hartford, CT 06106

**cc:    *via certified mail:***

Susan Gruen, Town Attorney
Town of Hamden
Office of the Town Attorney
Memorial Town Hall
2372 Whitney Avenue
Hamden, CT 06518

Officer Dave Falcigno
Hamden Police Department
2900 Dixwell Avenue
Hamden, CT 06518

Chief Robert Nolan
Hamden Police Department
2900 Dixwell Avenue
Hamden, CT 06518

Carl Amento
Hamden Police Department
2900 Dixwell Avenue
Hamden, CT 06518

Brian P. Leaming

500854.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105