# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIDNEY WYLIE | : |
| | : |
| VS. | :  CASE NO. 3:02CV313 (PCD) |
| | : |
| CITY OF NEW HAVEN, ET AL. | : |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 84, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 15th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court