UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIDNEY WYLIE | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV313 (PCD) |
| VS. | : | |
| | : | |
| CITY OF NEW HAVEN, | : | |
| MAYOR JOHN DESTEFANO, | : | |
| CHIEF MELVIN WEARING, | : | |
| OFFICER LALLI, OFFICER | : | |
| JODI NOVELLA, OFFICER | : | |
| J. PALMER, OFFICER | : | |
| STEVE MONWORE, OFFICER | : | |
| D.W. COPOLLA, OFFICER | : | |
| DAVE FALCIGNO, | : | |
| HAMDEN TOWN HALL, | : | |
| CHIEF ROBERT NOLAN, | : | |
| SHEPARD SHERWOOD, | : | |
| AND MAYOR CARL AMENTO, | : | |
|     Defendants | : | JANUARY 21, 2004 |

## **APPEARANCE**

Enter my appearance as Attorney for the defendants, Hamden Town Hall, Dave Falcigno, Robert Nolan, and Carl Amento, in the above-entitled.

12469.0019



One Goodwin Square　　　　HALLORAN　　　　Phone (860) 522-6103
225 Asylum Street　　　　& SAGE LLP　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　Juris No. 26105

DEFENDANTS:
HAMDEN TOWN HALL,
DAVE FALCIGNO,
ROBERT NOLAN, AND
CARL AMENTO


BY:_____
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103


## CERTIFICATION

This is to certify that on this 21st day of January, 2004, the foregoing Appearance was mailed, postage prepaid, to:

Mr. Sidney Wylie
Inmate #70606
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Robert Fiske, III, Esq.
Attorney General Public Safety
110 Sherman Street
Hartford, CT 06106

Jonathan Beamon, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510


_____
Eric P. Daigle

506508.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105