UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SIDNEY WYLIE                    :
       Plaintiff           :    CIVIL ACTION NO.
                                :    3:02CV313 (PCD)
VS.                             :
                                :
CITY OF NEW HAVEN,              :
MAYOR JOHN DESTEFANO,           :
CHIEF MELVIN WEARING,           :
OFFICER LALLI, OFFICER          :
JODI NOVELLA, OFFICER           :
J. PALMER, OFFICER              :
STEVE MONWORE, OFFICER          :
D.W. COPOLLA, OFFICER           :
DAVE FALCIGNO,                  :
HAMDEN TOWN HALL,               :
CHIEF ROBERT NOLAN,             :
SHEPARD SHERWOOD,               :
AND MAYOR CARL AMENTO,          :
       Defendants          :    DECEMBER 22, 2003

## MOTION TO DISMISS THE AMENDED COMPLAINT
## BY THE HAMDEN DEFENDANTS

The undersigned defendants, Hamden Town Hall, Dave Falcigno, Robert Nolan, and Carl Amento (collectively the "Hamden Defendants"), hereby move to dismiss the plaintiff's Amended Complaint, dated November 19, 2003 (doc. 80), pursuant to Rules 12(b)(6), 15(a) and 41(b) of the Federal Rules of Civil Procedure, and the Court's inherent

12469.0019

One Goodwin Square            HALLORAN         Phone (860) 522-6103
225 Asylum Street             & SAGE LLP       Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105

authority to dismiss a complaint for a party's failure to comply with a Court Order, in this case, the Court's Supplemental Order, dated February 20, 2002 (doc. 3) and the Court's Rulings on Defendants' Motions to Dismiss, dated February 27, 2003 (doc. 57). In further support of this motion, the Hamden defendants submit the attached Memorandum of Law.

                         DEFENDANTS:
                         HAMDEN TOWN HALL,
                         DAVE FALCIGNO,
                         ROBERT NOLAN, AND
                         CARL AMENTO

BY: _____
     Brian P. Leaming
     Fed. Bar No. ct16075
     HALLORAN & SAGE LLP
     One Goodwin Square
     Hartford, CT 06103
     Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 22nd day of December, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Sidney Wylie
Inmate #70606
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Jonathon H. Beamon, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Robert Fiske, III, Esq.
Attorney General Public Safety
110 Sherman Street
Hartford, CT 06106

Brian P. Leaming

496026.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105