## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIDNEY WYLIE<br>    Plaintiff | :<br>:   CIVIL ACTION NO.<br>:   3:02CV313 (PCD) |
| VS. | : |
| CITY OF NEW HAVEN,<br>MAYOR JOHN DESTEFANO,<br>CHIEF MELVIN WEARING,<br>OFFICER LALLI, OFFICER<br>JODI NOVELLA, OFFICER<br>J. PALMER, OFFICER<br>STEVE MONWORE, OFFICER<br>D.W. COPOLLA, OFFICER<br>DAVE FALCIGNO,<br>HAMDEN TOWN HALL,<br>CHIEF ROBERT NOLAN,<br>SHEPARD SHERWOOD,<br>AND MAYOR CARL AMENTO,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   JANUARY 22, 2004 |

### NOTICE OF COMPLIANCE WITH THE COURT'S ORDER

Pursuant to the Court's order regarding the filing of motions, the undersigned defendants hereby give notice to the Court, and to all counsel of record, that on this 22nd day of January, 2004, they are filing their Reply Brief, dated January 22, 2004, the plaintiff's Motion and Memorandum in Opposition to the Defendants' Motion to Dismiss the Amended Complaint, dated December 30, 2003, and received on January 10, 2004, the defendants' Motion to Dismiss the Amended Complaint and Memorandum of Law in

12469.0019

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Support of their Motion to Dismiss the Amended Complaint, dated December 22, 2003.

THE DEFENDANTS:
HAMDEN TOWN HALL,
DAVE FALCIGNO,
ROBERT NOLAN, AND
CARL AMENTO

By _____
Eric P. Daigle
Fed. Bar #ct23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 22 day of January, 2004 the foregoing was either mailed, postpaid, or hand-delivered to:

Mr. Sidney Wylie
Inmate #70606
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Thomas Ude, Esq.
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

Robert Fisk, III, Esq.
Attorney General Public Safety
110 Sherman Street
Hartford, CT 06106

Eric P. Daigle

507092.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105