FILED 1/23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SIDNEY WYLIE, PLAINTIFF          CIVIL NO. 3:02CV 313 (PCD)

    VS

CITY OF NEW HAVEN

MAYOR JOHN DeSTEFANO

CHIEF MELVIN WEARING

OFFICER JOHN LALLI

SERGEANT CASANOVA

OFFICER JODI NOVELLA

OFFICER J. PALMER

OFFICER STEVE MONWORE

OFFICER D.W. COPOLLA

OFFICER DAVE FALCIGNO

HAMDEN TOWN HALL

MAYOR CARL AMENTO

CHIEF ROBERT NOLAN

SHEPARD SHERWOOD


ET AL    DEFENDANTS          DECEMBER 30, 2003


PLAINTIFF'S OPPOSITION TO DEFENDANTS
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

The plaintiff, SIDNEY WYLIE, respectfully moves this Court

2

to deny the defendants Motion to DISMISS the plaintiffs Amended Complaint dated NOVEMBER 19, 2003, pursuant to the Federal Rules of Civil Procedures, and deny the defendants request to dismiss the plaintiffs Amended Complaint pursuant to the Courts Inhert Authority to dismiss a Complaint for a Party's Failure to Comply with a Court order in the Courts Supplemental order. The plaintiff submitts a Memorandum of Law in support of Opposition Motion to dismiss the defendants Motion to Dismiss the plaintiffs Amended Complaint.

12-30-2003
DATED.

Sidney Wylie
SIDNEY WYLIE
P.O. Box 665
SOMERS, COM. 06071

CERTIFICATION

I hereby certify that a copy of the foregoing was Mailed to all Counsel on records on this   day of DECEMBER 2003

HALLORAN & SAGE LLC
BRIAN P. LEMMING
ONE Goodwin Square
225 Asylum Street
Hartford, Com. 06106

OFFICE OF
ATTORNEY GENERAL.

Sidney Wylie
SIDNEY WYLIE
P.O. Box 665
SOMERS, COM. 06

NEW HAVEN Corporation Counsel
ATTORNEY JONATHAN BEAMON
165 Church Street, New Haven, Com.

STATE OF CONNECTICUT
OFFICE OF ATTORNEY GENERAL
ROBERT FISKE
110 Sherman Street
Hartford, Conn. 06106

New Haven Corporation Counsel
Attorney Jonathan Beamon
165 Church Street
New Haven, Conn. 06510

HALLORAN & SAGE LLC
Attorney Brian P. Leaming
One Goodwin Square
225 Asylum Street
Hartford, Conn. 06103