## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Sidney WYLIE, | : | |
|     Plaintiff | : | |
| vs. | : | Civil No. 3:02cv313 (PCD) |
| | : | |
| CITY OF NEW HAVEN, et al., | : | |
|     Defendants | : | |

### RULING ON HAMDEN DEFENDANTS' MOTION FOR JUDGMENT

Hamden Defendants' Motion for Judgment [Doc. No. 60] is **denied**.  It is not the practice of this Court to issue a judgment until a case has been resolved as to all parties.  It is however noted that in light of this Court's March 25, 2004 Ruling, all claims are dismissed against Hamden Defendants.

SO ORDERED.  Dated at New Haven, Connecticut, March  31 , 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court