UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Sidney Wylie
Name of Plaintiff/Petitioner

v.

City of New Haven, et al.
Name of Defendant/Respondent

FILED
2004 APR 22 P 2: 57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case No. 3:02CV00313 (PCD)

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Sidney Wylie

   Your present mailing address: Northern Correction Inst.
   P.O. Box 665, Somers, Conn. 06071

   Telephone number: (860) 763-8600

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. May 2003, $76 weekly
   Temporary Labor 1152 Chapel street, New Haven

Date last worked: 5-2003

Weekly earnings: Min wage - $76

5. Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? None

b) interest, dividends, rents or investments of any kind? None

c) gifts or inheritances of any kind? None

6. How much money do you have in any checking or savings account(s)?

Checking: None

Savings: None

Prison account: 31 ¢

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? None

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| | None |
| | None |
| | None |
| | None |

2

_____0_____                                _____None_____

9. List the persons who depend upon you for support, and state your relationship to them.

_____None_____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

_____I am in a Level supermaximum prison we are unable to work - I am indigent_____

_____

_____

### NATURE OF YOUR CLAIM.

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _____

_____Disclosure of Confidential Information - Personal Matters_____

3

(Additional space on next page)

___Violation of Privacy Rights, illegal Search - Seizure___

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name ___JOHN R. WILLIAMS___

   Date you contacted this attorney ___August 2003 - April 2004___

   Method of contact (in person, by telephone, etc.) ___Mail - Visit to his office___

   Reason why attorney was not employed to handle your case ___He wanted five thousand dollars retainer - I do not have___

   b) Attorney's name ___DIANE POLAN___

   Date you contacted this attorney ___12-03 - 4-8-04___

   Method of contact (in person, by telephone, etc.) ___letter___

   Reason why attorney was not employed to handle your case ___She did not respond to my letters - I called her office 4-8-04.___

4

c) Attorney's name __PAUL SPINELLA — of DAVID JAFFE__

Date you contacted this attorney __12-03, 1-22-04__

Method of contact (in person, by telephone, etc.) __letter-Mail — they never responded to my letters__

Reason why attorney was not employed to handle your case _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.
    I called Theresa Behens - at Law Office of Westfall-Behens. She does not do Civil Rights Claims, I wrote to the law office of Byrene & Storn, to Atty. Christina Storn I recieved no response, (Hartford) — I will continue to contact Attorneys

16. Please provide any other information which supports your application for the court to appoint counsel. _____
    I am incarcerated in a supermaximum prison and do not have access to a law library — the D.O.C. does not provide inmates with legal assistance in cases — Claims that do not relate to the Department of Correction — I am unable to

17. Do you need a lawyer who speaks a language other than English?
    YES ____ NO ✓

    If you answered YES, what language do you speak? _____

5

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
DAWNE WESTBROOK
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
FACSIMILE (203) 401-4277
E-MAIL: jrw@johnrwilliams.com

August 12, 2003

Mr. Sidney Wylie
Inmate No. 70606
P.O. Box 665
Somers, CT 06071

CONFIDENTIAL ATTORNEY/CLIENT CORRESPONDENCE

Dear Sidney:

I have reviewed the three cases which you sent me. At your request, I am returning your copy of the suit against the bank. I cannot take this one on because I see that among the defendants you are suing is the Marcus Law Firm. I do a lot of work with that firm and I feel I would have a conflict of interest in being involved in a suit against them.

I might be interested in your two other suits to the extent, but only to the extent, that they are suits against individual police officers. I do not believe that in either case you have any basis for making a claim against the City of New Haven, the Mayor of New Haven or the New Haven Chief of Police. Although you make allegations of various policies, I know for a fact that there is no evidence to support these claims and I certainly would not be interested in getting involved in those. In addition, I do not believe you have any basis for going against the public defender. In fact, his attorney is correct when he argues that courts have held repeatedly that public defenders do not by virtue of being public defenders act "under color of law," so you really cannot maintain a civil rights suit against a public defender.

I am somewhat interested in the possibility of handling either or both of your suits against individual police officers. However, before I were to take on such a project, I would need to know something very important: what was the result of the criminal prosecution in each instance? If you were acquitted, got a dismissal, or got a nolle, then I would be interested in that case. If, on the other hand, you plead guilty or were otherwise convicted, then you would not have a case and I would not be able to help you.

Mr. Sidney Wylie
August 12, 2003
Page 2

    Let me hear from you regarding these issues.

                        Sincerely,

                        JOHN R. WILLIAMS

JRW:lc
Enclosure

...designed a lawyer and my lawyer learns, either from

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to Attorney Jonathan Beamon at the New Haven Corporation Counsel Office at 165 Church Street, New Haven, Conn. 06511 on this 19th day of April 2004

4-19-2004
DATED

Sidney Wylie
SIDNEY WYLIE
245 Whalley Ave
New Haven, CT 06511