UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIDNEY WYLIE : | |
| : | |
| VS. : | CASE NO. 3:02CV313 (PCD) |
| : | |
| CITY OF NEW HAVEN, ET AL. : | |

## ENDORSEMENT ORDER

The Motion for Appointment of Counsel, document no. 96, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 8th day of June, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court