UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

JUN 24  12 12 PM '04

U S DISTRICT COURT
NEW HAVEN, CONN.

SIDNEY WYLIE

v.                                    Case No: 3:02CV313 (PCD)

CITY OF NEW HAVEN, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10, **Jeffrey Babbin**, Esquire of Wiggin & Dana, One Century Tower, 265 Church Street, P.O. Box 1832, New Haven, Connecticut 06508, Tel: (203) 498-4366 is appointed as *pro bono* counsel for the plaintiff, Sydney Wylie, in the above-captioned case.  Counsel is directed to contact the above-named plaintiff as soon as possible and file an appearance in this case.

The Clerk is directed to send a copy of this order and a docket sheet to *pro bono* counsel.  If counsel needs copies of any documents from the court file, counsel should contact Lori Inferrera in the New Haven Clerk's Office at (203) 773-2140.

SO ORDERED.

Dated at New Haven, Connecticut this 24 day of June, 2004.

_____
Peter C. Dorsey
United States District Judge