# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

SIDNEY WYLIE

    V.

CITY OF NEW HAVEN, ET AL

CASE NUMBER: 3:02-CV-00313(PCD)

To the Clerk of this court and all parties of record:

    * Enter my appearance as counsel in this case for:   Sidney Wylie

*Pursuant to appointment order dated June 24, 2004.

July 13, 2004
Date

ct10859
Connecticut Federal Bar Number

203-498-4400
Telephone Number

203-782-2889
Fax Number

jbabbin@wiggin.com
E-mail address

/s/ Jeffrey R. Babbin
Signature

Jeffrey R. Babbin
Print Clearly or Type Name

Wiggin and Dana LLP
Address

P.O. Box 1832

New Haven, CT 06508-1832

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

        Jonathan H. Beamon, Esq.
        Corporation Counsel's Office
        165 Church Street
        New Haven, CT 06510

/s/ Jeffrey R. Babbin
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001