# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APPEARANCE

SIDNEY WYLIE

    V.

CITY OF NEW HAVEN, ET AL

CASE NUMBER: 3:02-CV-00313(PCD)

To the Clerk of this court and all parties of record:

    * Enter my appearance as counsel in this case for:  Sidney Wylie

*Pursuant to appointment order dated June 24, 2004.

| | |
|---|---|
| July 13, 2004 | _(signature)_ |
| Date | Signature |
| ct11703 | L. Page Heslin |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-498-4400 | Wiggin and Dana LLP |
| Telephone Number | Address |
| 203-782-2889 | P.O. Box 1832 |
| Fax Number | |
| pheslin@wiggin.com | New Haven, CT 06508-1832 |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    Jonathan H. Beamon, Esq.
    Corporation Counsel's Office
    165 Church Street
    New Haven, CT 06510

_(signature)_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001