UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SIDNEY WYLIE,                          :
         Plaintiff,                :
                                   :
vs.                                    :
                                   :   CIVIL NO. 3:02-CV-313 (PCD)
CITY OF NEW HAVEN, ET AL.              :
                                   :   October 28, 2004
         Defendants.               :

**APPEARANCE**

**To the Clerk of this court and all parties of record:**

Please enter my appearance as counsel in this case for Sidney Wylie, pursuant to appointment order dated June 24, 2004.

                                              Aaron D. Singer (ct 25515)
                                              Wiggin and Dana LLP
                                              265 Church Street
                                              New Haven, CT 06508
                                              ph. (203) 498-4400
                                              fax (203) 782-2889
                                              e-mail asinger@wiggin.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Appearance was mailed this 29th day of October, 2004 to the following:

> Jonathan H. Beamon, Esq.
> Corporation Counsel's Office
> 165 Church St.
> New Haven, CT 06510

_____
Aaron D. Singer