UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SIDNEY WYLIE,                          :
                                       :
        Plaintiff,                    :
                                       :
vs.                                    :
                                       :   CIVIL NO. 3:02-CV-313 (PCD)
CITY OF NEW HAVEN, ET AL.              :
                                       :   October 28, 2004
                                       :
        Defendants.                   :

## MOTION FOR EXTENSION OF TIME

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiff, Sidney Wylie, respectfully moves for a two-month extension of the deadlines set in the Court's October 14, 2004 Trial Preparation Order to the following dates:

    Section A:    January 5, 2005

    Section B:    January 14, 2005

    Section C:    January 24, 2005

This is the plaintiffs' first request for an extension of time since the appointment of counsel. The defendants have consented to this motion.

    The requested extension is necessary in the interests of justice, and does not prejudice the defendants. This action, commenced pro se, was removed to this court on February 20, 2002. In June 2004, the Court granted plaintiff's Motion to Appoint Counsel, and counsel was appointed on June 24, 2004. Counsel for plaintiff appeared on July 13, 2004. On July 20, 2004 plaintiff was declared incompetent by the Connecticut Superior Court in an unrelated criminal matter and

was committed to the in-patient psychiatric facilities at Connecticut Valley Hospital and then Whiting Forensic Institute.

Plaintiff was not declared competent until October 7, 2004. Plaintiff and his counsel have therefore had no meaningful opportunity to confer with respect to this case, conduct discovery or otherwise prepare this case for trial. Counsel for Plaintiff and Defendant have also discussed that all parties would benefit from a more streamlined complaint, and Plaintiff is therefore considering a motion for permission to amend the complaint.

Respectfully submitted,

        PLAINTIFF
        SIDNEY WYLIE

By: _____
        L. Page Heslin (ct 11703)
        Aaron D. Singer (ct 25515)
        Wiggin and Dana LLP
        265 Church Street
        New Haven, CT 06508
        ph. (203) 498-4400
        fax (203) 782-2889
        e-mail pheslin@wiggin.com
               asinger@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was sent by first class mail, postage prepaid, on this 29th day of October, 2004 to:

Jonathan H. Beamon, Esq.
Corporation Counsel's Office
165 Church Street
New Haven, CT 06510


_____
L. Page Heslin

\17053\1\496792.1