UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SIDNEY WYLIE,  :
         Plaintiff, :
vs. :
          : CIVIL NO. 3:02-CV-313 (PCD)
CITY OF NEW HAVEN, ET AL. :
          : January 5, 2005
         Defendants. :

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiff, Sidney Wylie, and the defendants respectfully move together for an extension of the deadlines set in the Court's Trial Preparation Order to the following dates:

    Section A:    February 28, 2005

    Section B:    March 9, 2005

    Section C:    March 18, 2005

This is the parties' first joint request for an extension of time. The Court granted a prior motion for extension made by the plaintiff with defendants' consent on October 28, 2004.

The requested extension is necessary in the interests of justice. Plaintiff's action arises from an incident in which six officers of the New Haven Police Department were involved. Plaintiff plans to conduct limited discovery, but at the very least will need to depose the officers involved. In spite of diligent efforts, the parties have not been able to schedule and take these depositions in time to meet the requirements of the existing order. Counsel for plaintiff and defendants have conferred, and have committed to completing discovery on the

requested schedule.

Respectfully submitted,

                PLAINTIFF
                SIDNEY WYLIE

By: _____
      L. Page Heslin (ct 11703)
      Aaron D. Singer (ct 25515)
      Wiggin and Dana LLP
      265 Church Street
      New Haven, CT 06508
      ph. (203) 498-4400
      fax (203) 782-2889
      e-mail pheslin@wiggin.com
             asinger@wiggin.com

DEFENDANTS
CITY OF NEW HAVEN, ET AL.

By: _____
      Jonathan H. Beamon
      Corporation Counsel's Office
      165 Church Street
      New Haven, CT 06510
      ph: (203) 946-7958
      e-mail jbeamon@newhavenct.net