UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIDNEY WYLIE, | : |
| Plaintiff, | : |
| vs. | : CIVIL NO. 3:02-CV-313 (PCD) |
| CITY OF NEW HAVEN, ET AL. | : FEBRUARY 28, 2005 |
| Defendants. | : |

## MOTION FOR TEMPORARY STAY OR EXTENSION OF DEADLINES

The undersigned counsel for Plaintiff respectfully moves for a brief, temporary stay of all deadlines set forth in the Court's Pre-Trial Order, and other impending deadlines, until the Court has ruled on the pending Motion to Withdraw Appearances filed by the undersigned. In the alternative, Counsel requests a fourteen day extension of the deadlines so that a hearing may be scheduled on the Motion to Withdraw and the pending deadlines can be considered at that time. Counsel has conferred with counsel for defendants, who has no objection to the granting of this motion.

On February 14, 2005, counsel learned of events that compromised their ability to continue to represent Mr. Wylie in this action. Counsel informed the Court of this issue on February 15, 2005, and the following day submitted in camera, with a request that it be filed under seal, a Motion to Withdraw Appearances along with supporting affidavits and a proposed Order to Show Cause. A hearing on the Motion to Withdraw Appearances has not yet been scheduled.

So as not to prejudice Mr. Wylie's ability to pursue this action, counsel respectfully requests a stay of the deadlines set forth in the Court's Pre-Trial Order and other dates set by the Court until the Court has heard and ruled upon the Motion to Withdraw Appearances. Under the current Order Part A is due today, February 28, 2005, jury selection is scheduled for March 16, 2005, and trial briefs are due on March 18, 2005.

By: _____
L. Page Heslin (ct11703)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, on this 28th day of February, 2005, to:

Jonathan H. Beamon
Corporation Counsel's Office
165 Church Street
New Haven, CT 06510

Mr. Sidney Wylie
486 Newhall Street
Hamden, CT 06517

_____
L. Page Heslin

\17053\1\518236.1