## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sidney WYLIE,<br>    Plaintiff,<br><br>-vs-<br><br>CITY OF NEW HAVEN, ET AL.<br>    Defendants. | :<br>:<br>:   Civ. No. 3:02cv313 (PCD)<br>:<br>:<br>:<br>: |

## **ORDER TO SHOW CAUSE**

In light of Attorney L. Page Heslin's In Camera Motion to Withdraw Appearance, Plaintiff Sidney Wylie is hereby ordered to:

Or, on or before March 21, 2005, show cause why Attorney Heslin's Motion should not be granted; or

File a pro se appearance or appearance of a replacement attorney on or before March 21, 2005.

Should Plaintiff take no action, as of March 21, 2005, Attorney Heslin's Motion will be granted and she will be permitted to withdraw.

Attorney Heslin shall serve a copy of this Order on Plaintiff, filing a return of service with the Court on or before March 11, 2005.

SO ORDERED.

Dated at New Haven, Connecticut, March  3 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court