## OFFICER'S RETURN

STATE OF CONNECTICUT

                    ss:  Hamden, March 9, 2005

COUNTY OF NEW HAVEN

    Then and there by virtue hereof, I served the within named plaintiff, **SIDNEY WYLIE,** by leaving with and in the hands of said plaintiff, a true and attested copy of the original Order to Show Cause with my endorsement thereon.

    The within and foregoing is the original Order to Show Cause with my doings hereon endorsed.

                                                   ATTEST:

FEES:
| | |
|---|---:|
| Service Fee | $30.00 |
| Copies | 1.00 |
| Endorsements | .80 |
| Travel | 15.00 |
| | $46.80 |

                                              ROBERT S. MILLER
                                              STATE MARSHAL
                                              NEW HAVEN COUNTY

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

Sidney WYLIE,
    Plaintiff,

-vs-

                                      Civ. No. 3:02cv313 (PCD)

CITY OF NEW HAVEN, ET AL.
    Defendants.

### ORDER TO SHOW CAUSE

In light of Attorney L. Page Heslin's In Camera Motion to Withdraw Appearance, Plaintiff Sidney Wylie is hereby ordered to:

Or, on or before March 21, 2005, show cause why Attorney Heslin's Motion should not be granted; or

File a pro se appearance or appearance of a replacement attorney on or before March 21, 2005.

Should Plaintiff take no action, as of March 21, 2005, Attorney Heslin's Motion will be granted and she will be permitted to withdraw.

Attorney Heslin shall serve a copy of this Order on Plaintiff, filing a return of service with the Court on or before March 11, 2005.

    SO ORDERED.

                            Dated at New Haven, Connecticut, March 3, 2005.

                                                      /s/
                                        Peter C. Dorsey, U.S. District Judge
                                        United States District Court