# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

SIDNEY WYLIE
vs
CITY OF NEW HAVEN, et al

FILED
2005 MAR 18 P 2: 01
U.S. DISTRICT COURT
NEW HAVEN, CT

CASE NUMBER: CV-02-313 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

SIDNEY WYLIE — pro se — plaintiff

3-18-2005
**Date**

pro-se
**Connecticut Federal Bar Number**

624-7975
**Telephone Number**

_____
**Fax Number**

_____
**E-mail address**

*(Signature)*
SIDNEY WYLIE
**Print Clearly or Type Name**

486 New Hall Street
Hamden, Conn. 06517
**Address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was ~~mailed~~ Hand delivered on this date to the following:

Attorney Page Henslin
Wiggin — Dana Attorney at Law
One Century Tower
Church Street
New Haven, Conn. 06508

*(Signature)*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24