UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Sidney WYLIE, | : | |
|     Plaintiff | : | |
|   vs. | : | Civil No. 3:02cv313 (PCD) |
| | : | |
| CITY OF NEW HAVEN, et al., | : | |
|     Defendants | : | |

## RULING ON IN CAMERA MOTION TO WITHDRAW

After review of all the material pertaining to the in camera motion of Attorney Heslin to withdraw from representing Plaintiff, good cause is found in support of the motion, which is therefore **granted**. Plaintiff shall be prepared to try his case as soon as it is assigned for trial. Jury selection is scheduled and will take place on April 26, 2005.

SO ORDERED.

Dated at New Haven, Connecticut, April  19 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court