UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIDNEY WYLIE | : | |
|    Plaintiff | : | |
| | : | |
| V. | : | CIV. NO. 3:02CV313 (PCD)(JGM) |
| | : | |
| CITY OF NEW HAVEN, MAYOR JOHN | : | |
| DESTEFANO, CHIEF MELVIN WEARING, | : | |
| SERGEANT CASANOVA, OFFICER LALLI, | : | |
| OFFICER JODI NOVELLA, OFFICER J. | : | |
| PALMER, OFFICER STEVE MON WORE | : | |
| OFFICER D.W. COPPOLA, OFFICER DAVE | : | |
| FALCIGNO, HAMDEN TOWN HALL, CHIEF | : | |
| ROBERT NOLAN, SHEPARD SHERWOOD | : | |
| AND MAYOR CARL AMENTO | : | |
|    Defendants | : | APRIL 18, 2005 |

### STIPULATION OF DISMISSAL

The plaintiff and defendants City of New Haven, Mayor John DeStefano, Chief Melvin Wearing, Sergeant Casanova and New Haven Police Officers Lalli, Jodi Novella, J. Palmer, Steve Monwore and D.W. Coppola, hereby stipulate that the above captioned civil action may be dismissed with prejudice and with each of the parties to bear their own attorneys' fees and costs.

        THE PLAINTIFF
        SIDNEY WYLIE


        BY: /s/_____
        Sidney Wylie, pro se
        486 Newhall Street
        Hamden, CT 06517
        Tel No. (203) 624-7975


        THE DEFENDANTS
        CITY OF NEW HAVEN, MAYOR JOHN
        DESTEFANO, CHIEF MELVIN WEARING,
        SERGEANT CASANOVA AND NEW HAVEN
        POLICE OFFICERS LALLI, JODI NOVELLA, J.
        PALMER, STEVE MONWORE, AND D.W.
        COPPOLA


        BY:_____
        Jonathan H. Beamon
        Assistant Corporation Counsel
        Office of Corporation Counsel
        City of New Haven
        165 Church Street, 4th Floor
        New Haven, CT  06510
        (203) 946-7958
        Federal Bar No. ct22937
        E-mail:jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing was this day mailed/delivered to the following counsel of record:

Sidney Wylie, pro se
486 Newhall Street
Hamden, CT 06517

Robert B. Fiske, III, Esq.
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06106

Brian P. Leaming, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

L. Page Heslin, Esq.
Wiggin & Dana, LLP
265 Church Street
P.O. Box  1832
New Haven, CT 06508-1832

                                                       Jonathan H. Beamon